IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOHN THOMAS RILEY, JR.,     )
                            )
     Petitioner,            )
                            )        CIVIL ACTION NO.
     v.                     )         2:17cv644-MHT
                            )            (WO)
UNITED STATES OF AMERICA,   )
                            )
     Respondent.            )

### OPINION

Petitioner filed a pro se motion asking the court to hold a hearing to investigate allegations of witness perjury and a *Brady* violation by the government in his criminal case. This case is now before the court on the recommendation of the United States Magistrate Judge that the court dismiss petitioner's motion as a successive 28 U.S.C. § 2255 petition filed without the required authorization from the appellate court. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the

magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of November, 2017.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE